[No. 6462. Decided December 10, 1906.]

J. P. O. LOWNSDALE *et al.*, *Respondents*, v. GRAYS HARBOR BOOM COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Chehalis county, Chapman, J., entered May 19, 1906. Affirmed.

*J. B. Bridges* and *Ben Sheeks*, for appellant.

*J. W. Robinson* and *J. C. Cross*, for respondents.

PER CURIAM.—For the reasons assigned in the case of *Burrows v. Grays Harbor Boom Co.*, *ante* p. 630, 87 Pac. 937, the judgment in this case will be affirmed.

—————

[No. 6463. Decided December 10, 1906.]

F. K. HISCOCK, *Respondent*, v. GRAYS HARBOR BOOM COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Chehalis county, Chapman, J., entered May 19, 1906. Affirmed.

*J. B. Bridges* and *Ben Sheeks*, for appellant.

*Bogle, Hardin & Spooner*, for respondent.

PER CURIAM.—For the reasons assigned in the case of *Burrows v. Grays Harbor Boom Co.*, *ante* p. 630, 87 Pac. 937, the judgment in this case will be affirmed.

[1]Reported in 87 Pac. 943.